# UNITED STATES DISTRICT COURT
# DISTRICT OF SOUTH CAROLINA
# FLORENCE DIVISION

| | |
|---|---|
| Merrick Bank Corporation, | CASE NO.: 4:13-cv-2519-BHH |
| Plaintiff, | |
| vs. | **ORDER STAYING CASE** |
| Judy Tull, Edward S. Warneck, Kay P. Ellison, Stanley Marshall Ellison and Robert Keilmann, | |
| Defendants. | |

Pursuant to the Parties' Joint Motion to Stay Case, and based upon the representations of the Defendants and the Plaintiff, it is hereby:

ORDERED that the Parties' Joint Motion to Stay the Case is granted and this matter shall be stayed for a period of one hundred and twenty (120) days or until the Parties notify the court that the need for the stay has been resolved, whichever is sooner, without prejudice to the Parties to seek an additional stay following the expiration of the 120 days.

IT IS SO ORDERED.

s/Bruce Howe Hendricks
United States District Judge

Dated: April 20, 2015
Florence, South Carolina

Pursuant to Local Civil Rule 83.I.06, this order is being sent to local counsel only.